Commonwealth ex rel. Thayer, Appellant, *v.* Keenan.

Submitted June 17, 1958. Before RHODES, P.J., HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ.

*Harold Thayer,* appellant, in propria persona.

*Herbert J. Johnson,* District Attorney, for appellee.

OPINION PER CURIAM, July 17, 1958:

We find no merit in relator's petition for writ of habeas corpus. He had counsel at the time pleas of guilty were entered by him.

The order of the court below dismissing relator's petition for a writ of habeas corpus is affirmed on the opinion of Judge ROSSITER of the Court of Common Pleas of Erie County, as reported in 13 Pa. D. & C. 2d 410.